

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2013

No. 04-12-00727-CV

Enjoli **WYNN**,
Appellant

v.

**SILVER OAKS APARTMENTS, LTD**.,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 380959
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

The Appellant's third motion for extension of time is GRANTED. Appellant's brief is due on **April 29, 2013**. No further extensions will be granted absent extenuating circumstances.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court